UNITED STATES DISTRICT COURT
DISTRICT COURT OF CONNECTICUT

---------------------------------------------------------------------X

THE RESIDENCES AT QUARRY WALK, LLC,

                                Plaintiffs,

-against-

NEW YORK MARINE AND GENERAL
INSURANCE COMPANY and PENNSYLVANIA
MANUFACTURERS' ASSOCIATION
INSURANCE COMPANY,

                                Defendants.

---------------------------------------------------------------------X

Civ. Action No.
3:22-cv-00871-SVN

**STIPULATION OF
VOLUNTARY DISMISSAL
RULE 41(a)(1)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above-entitled action is hereby discontinued with prejudice without costs to any party as against the other.

**IT IS FURTHER HEREBY STIPULATED AND AGREED** that copies of this Stipulation with facsimile signatures signed in counterparts may be used for all purposes in lieu of the original Stipulation with original signatures. This stipulation may be filed with the Clerk of the Court without further notice.

Dated: January 16, 2024

| | |
|---|---|
| CLAUSEN MILLER P.C. | HINCKLEY ALLEN |
| | |
| By /s/ Jacob R. Zissu | By /s/ Peter J. Martin |
| Jacob R. Zissu, Esq. | Peter J. Martin |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |
| 28 Liberty Street, 39th Floor | 20 Church Street |
| New York, NY 10005 | Hartford, CT 06103-1221 |
| (212) 805-3943 | (860) 331-2726 |